# SCHEDULE A

| Defendant # | Seller Name | Merchant ID | Product ID(S) |
|---|---|---|---|
| 1. | Gillion Direct | AE5ZAC6Q9HB20 | B0D3DHMV93 |
| 2. | KAAKI | A13W65FEKAJ9TO | B0DKHX3VD6<br>B0CZHWQ81Z<br>B0DD76QF9V |
| 3. | Coelineao | AAWP2M8HUVI93 | B0CBJZF5V4<br>B0CPS81MKM<br>B0DF2DFPS1 |
| 4. | WeHwupe | AEZJ1ALIONWCV | B0DLKKD1X5 |
| 5. | GOOROLF | A14R5T3HWOXB6O | B0DHXDNC35 |
| 6. | YATEAIYI | A2ENYIGH0C2VW1 | B0DS55B71T |
| 7. | PEDAL LIFE | A25N9AUZPZS6K | B0D6QRM8W5<br>B0DGQ4RR75 |
| 8. | SaiChang | AWA55P0045RYI | B0CD86Y7ZK |
| 9. | KingPavonini | AAKKYD9STB651 | B0CLG9LSZC |
| 10. | Lianjindun | A1D5GOZY58OCOC | B0CBJMPYZX |
| 11. | CarebodaDirect | A2UFPB3IRY99OH | B0DKXK2JPY |
| 12. | JumboTIGER | A9AS3YDX2WGGS | B0D9Q1J5JH |
| 13. | YunHeng LLC | AP8G2A214IR7U | B0C4Y3VGM3 |
| 14. | ZITAEN | A10YGHRB4NVSEF | B0CGRXF3Q4 |
| 15. | CarebodaDirect | A2UFPB3IRY99OH | B0DKXK2JPY |
| 16. | Gfuture | A380L0VYXTLH3O | B0D99QPL6R |
| 17. | Coelineao | AAWP2M8HUVI93 | B0DF2DFPS1 |
| 18. | Coshar | A3DG0VBAJY6ZY2 | B0CT5NK24W |

1