FILED UNDER SEAL

# EXHIBIT A
# PATENT-IN-SUIT

US00D988941S

| | | |
|---|---|---|
| (12) | **United States Design Patent** | (10) Patent No.:  **US D988,941 S** |
| | Chen | (45) Date of Patent: ✶✶ **Jun. 13, 2023** |

(54) **WALKER**

(71) Applicant: Yu Chen, Sichuan (CN)

(72) Inventor: Yu Chen, Sichuan (CN)

(✶✶) Term: 15 Years

(21) Appl. No.: 29/708,547

(22) Filed: **Oct. 8, 2019**

(51) LOC (14) Cl. ............................................. 12-12

(52) U.S. Cl.
USPC ..................................................... D12/130

(58) **Field of Classification Search**
USPC ............................ D12/114, 128-133
CPC .................. A61H 3/00; A61H 3/04; A61H 2003/001–007; A61H 2003/043; A61H 2003/046
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D501,646 S ✶ | 2/2005 | LeBlanc ...................... | D12/130 |
| D522,932 S ✶ | 6/2006 | LeBlanc ...................... | D12/130 |
| 8,820,338 B1 ✶ | 9/2014 | Catricala ................... | A61H 3/00 135/75 |
| D798,777 S ✶ | 10/2017 | Lin ............................... | D12/130 |
| D883,861 S ✶ | 5/2020 | Mejia ........................... | D12/130 |
| D902,790 S ✶ | 11/2020 | Nowak ......................... | D12/130 |
| 2013/0061892 A1 ✶ | 3/2013 | Huang ...................... | A61H 3/00 135/67 |
| 2015/0320631 A1 ✶ | 11/2015 | Bordan ..................... | A61H 3/00 135/67 |
| 2019/0388293 A1 ✶ | 12/2019 | Johnson ................... | A61H 3/04 |
| 2021/0236377 A1 ✶ | 8/2021 | Zibley ....................... | A61H 3/04 |
| 2022/0031553 A1 ✶ | 2/2022 | Wang ......................... | G05D 1/021 |

OTHER PUBLICATIONS

"Medline Two-Button Folding Walker Without Wheels" Medline Store., posted date Apr. 13, 2006 [online], [retrieved on Feb. 25, 2022]. Retrieved from the Internet <URL: https://www.amazon.com/Medline-Two-Button-Folding-Walker-without/dp/B000FEG6DQ/ref=sr_1_21?crid=1VKTJZO6L4VL5&keywords=> (Year: 2006).✶
"Walker Folding Dual Paddle Release Adult" Invacare., posted date May 25, 2011 [online], [retrieved on Feb. 25, 2022]. Retrieved from the Internet <URL: https://www.amazon.com/Walker-Folding-Paddle-Release-Adult/dp/B0052M15HS/ref=sr_1_59_sspa?crid=1VKTJZO6L4VL5&keywords=> (Year: 2011).✶
"Walking Without Wheels Light" Frame., posted date Sep. 1, 2018 [online], [retrieved on Feb. 25, 2022]. Retrieved from the Internet <URL: https://www.amazon.com/Frame-Walking-Lightweight-Aluminium-Adjustable/dp/B07GZRQH4Q/ref=sr_1_110?crid=1VKTJZO6L4VL5&keywords=walker+without+wheels&qid=> (Year: 2018).✶

✶ cited by examiner

*Primary Examiner* — Darlington Ly
*Assistant Examiner* — Nasim Abdulaziz Ali

(57) **CLAIM**

The ornamental design for a walker, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a walker showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side elevational view thereof;
FIG. 5 is a right side elevational view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The broken lines in the drawings depict portions of the walker that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



U.S. Patent     Jun. 13, 2023     Sheet 1 of 7     US D988,941 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4

U.S. Patent    Jun. 13, 2023    Sheet 5 of 7    US D988,941 S



FIG. 5



FIG. 6



FIG. 7