FILED UNDER SEAL

# EXHIBIT B

# PRELIMINARY CLAIM CHARTS

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 1
Gillion Direct, Seller ID# AE5ZAC6Q9HB20, Product ID# B0D3DHMV93, Amazon.com**



---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Gillion Direct - Official Product |
|---|---|



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 02 KAAKI, Seller ID#  A13W65FEKAJ9TO, Product ID# B0DKHX3VD6, Amazon.com |
|---|



_____

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | KAAKI - Official Product |
| --- | --- |



FIG. 1

FILED UNDER SEAL

FIG. 2



FILED UNDER SEAL



FIG. 3

FIG. 4

FILED UNDER SEAL

FIG. 5



FIG. 6



FILED UNDER SEAL

FIG. 7



FILED UNDER SEAL

| Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 03 |
| --- |
| Coelineao, Seller ID#  AAWP2M8HUVI93, Product ID# B0CBJZF5V4, Amazon.com |



---

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Coelineao - Official Product |
|---|---|



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| **Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 04** |
| --- |
| **WeHwupe, Seller ID#  AEZJ1ALIONWCV, Product ID# B0DLKKD1X5, Amazon.com** |



---

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Wehwupe- Official Product |
|---|---|



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 05 GOOROLF, Seller ID#  A14R5T3HWOXB6O, Product ID# B0DHXDNC35, Amazon.com |
| --- |



---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | GOOROLF - Official Product |
|---|---|



FIG. 1



FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941¹ for Defendant No. 06**
**YATEAIYI, Seller ID#  A2ENYIGH0C2VW1, Product ID# B0DS55B71T, Amazon.com**



---

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | YATEAIYI - Official Product |
|---|---|



FIG. 1



FIG. 3

FIG. 2

FILED UNDER SEAL

3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7



FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 7**
**PEDAL LIFE, Seller ID# A25N9AUZPZS6K, Product ID# B0D6QRM8W5, Amazon.com**

Click to see full view
Ask Rufus
Are rails adjustable for custom fit?
Do suction cups provide secure grip?
Is assembly difficult or easy?
Ask something else
FSA/HSA Eligible Toilet Safety Rails for Seniors, Adjustable Height & Width Toilet Safety Frames with Handles,Toilet Rails W. Reinforced Bars&Suction Cups for Disabled Elderly Fit Most Toilets
Visit the TABEKE Store
4.4 (49)
200+ bought in past month
-14% $42.99
List Price: $49.99
prime Two-Day
FREE Returns
With Amazon Business, you would have saved $311.68 in the last year. Create a free account and save up to 2% today.
Pay $42.99 $0.00; get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more
Brand TABEKE
Material Aluminum
Color Gray
Product Dimensions 27"L x 25"W
Style Modern or Minimalist
About this item
Solid Support: Our toilet safety rails for seniors feature strong, reliable grab bars strategically positioned to assist and support you when sitting down and rising from the toilet. This toilet safety frame boast a unique, tapered design for enhanced structural stability. This, combined with 25% thicker aluminum tubing, 40% larger anti-slip feet, and 300% stronger plastic fitments, creates an stable support system heavier users can rely on for years to come.
Adapts to All Toilets and Users : Our toilet safety frames have an easy width-
$42.99
prime Two-Day
FREE Returns
FREE delivery Thursday, April 24
Deliver to Jana - King George 22485
Only 1 left in stock - order soon.
Add to Cart
Buy Now
Ships from Amazon
Sold by PEDAL LIFE
Returns 30-day refund/replacement
Packaging Ships in product packaging
See more
FSA or HSA eligible Details
Add to List
Other sellers on Amazon
New (4) from $41.99 prime
amazon business

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | PEDAL LIFE - Official Product |
| --- | --- |

FIG. 1

FIG. 3

FIG. 2

FILED UNDER SEAL



FIG. 5

FIG. 4

FILED UNDER SEAL



FIG. 7

FIG. 6

FILED UNDER SEAL

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 8**
**Saichang, Seller ID# AWA55P0045RYI, Product ID# B0CD86Y7ZK, Amazon.com**

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Saichang - Official Product |
|---|---|



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| **Exemplary Chart for U.S. Patent No. D988,941¹ for Defendant No. 9** |
|---|
| **Kingpavonini, Seller ID#  AAKKYD9STB651, Product ID# B0CLG9LSZC, Amazon.com** |



---

¹ Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | KingPavonini - Official Product |
|---|---|



FIG.                                                          1





FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 10 Lianjindun, Seller ID#  A1D5GOZY58OCOC, Product ID# B0CBJMPYZX, Amazon.com |
|---|



---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Lianjindun - Official Product |
| --- | --- |



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 11 |
|---|
| CarebodaDirect, Seller ID#  A2UFPB3IRY99OH, Product ID# B0DKXK2JPY, Amazon.com |



---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | CarebodaDirect - Official Product |
|---|---|

FIG. 1





FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| **Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 12 Jumbotiger, Seller ID#  A9AS3YDX2WGGS, Product ID# B0D9Q1J5JH, Amazon.com** |
| --- |



---

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Jumbotiger - Official Product |
| --- | --- |



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 13**
**YunHeng, Seller ID#  AP8G2A214IR7U, Product ID# B0C4Y3VGM3, Amazon.com**



_____

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | YunHeng - Official Product |
|---|---|



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

| Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 14 Zitaen, Seller ID#  A10YGHRB4NVSEF, Product ID# B0CGRXF3Q4, Amazon.com |
|---|



_____

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Zitaen - Official Product |
|---|---|



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 15**
**CarebodaDirect, Seller ID# A2UFPB3IRY99OH, Product ID# B0DKXK2JPY, Amazon.com**

p

---

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | CarebodaDirect - Official Product |
|---|---|



FIG.     1

FILED UNDER SEAL



FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

---

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 16**
**Gfuture, Seller ID#  A380L0VYXTLH3O, Product ID# B0D99QPL6R, Amazon.com**



---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Gfuture - Official Product |
| --- | --- |



FIG. 1



FIG. 2

FIG. 3



FIG. 4

FIG. 5

FILED UNDER SEAL

FIG. 6

FIG. 7



FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 17**
**Coelineao, Seller ID#  AAWP2M8HUVI93, Product ID# B0DF2DFPS1, Amazon.com**



[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Coelineao - Official Product |
|---|---|



FIG. 1

FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL



FIG. 6

FIG. 7

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. D988,941[1] for Defendant No. 18
Coshar, Seller ID#  A3DG0VBAJY6ZY2, Product ID# B0CT5NK24W, Amazon.com**



---

1 Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the claims of the D988,941 patent by Defendant's accused products as defined in the complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Plaintiff reserves the right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

FILED UNDER SEAL

| Claim Figures | Coshar - Official Product |
| --- | --- |



FIG. 1



FILED UNDER SEAL



FIG. 2

FIG. 3

FILED UNDER SEAL



FIG. 4

FIG. 5

FILED UNDER SEAL

FIG. 6

FIG. 7

