

## U.S. District Court

**Virginia Eastern - Alexandria**

THIS IS A COPY

Receipt Date: Apr 23, 2025 9:33AM

Kendall Sheets

Rcpt. No: 100011527    Trans. Date: Apr 23, 2025 9:33AM    Cashier ID: #SBBn (3393)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |
| 111 | Pro Hac Vice | DVAE125CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $480.00 |

Total Due Prior to Payment: $480.00

Total Tendered: $480.00

Total Cash Received: $0.00

**Comments**: New Case 1:25cv696 Pro Hac App: Kendall Sheets

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.