IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YU CHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-00696 (CMH/WBP) |
| | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiff's *ex parte* Motion for Leave to File Docket Under Seal ("Motion"; ECF No. 2), in which Plaintiff moves to file the following documents under seal: (1) Verified Complaint cover page; (2) Verified Complaint and exhibits; (3) Motion for Service of the Complaint by Email; (4) Motion for Expedited Discovery; (5) Motion for Leave to File Docket Under Seal; and (6) Mr. Joseph Zito's Application to Qualify as a Foreign Attorney. (ECF No. 2.) Plaintiff argues that it is necessary to keep this portion of the docket under seal to prevent Defendants from learning of these proceedings prior to entry of a temporary restraining order. Based on a showing of good cause, and because it is proper to do so, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that this case will be maintained under seal and will remain under seal until further order of the Court; and it is further

ORDERED that the Clerk is directed to file and maintain under seal Plaintiff's Verified Complaint (ECF No. 1), Motions (ECF Nos. 2, 4, 6, 10), and accompanying documents.

Entered this 28th day of April 2025.

Alexandria, Virginia

/s/ William B. Porter
William B. Porter
United States Magistrate Judge